IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI HERNANDEZ, *et al.*,<br><br>Defendants.<br>                                                              / | No. CR 08-0730 WHA<br><br>**NOTICE RE SUPPLEMENTAL BRIEFING RE EVIDENTIARY HEARING ON DEFENDANT GIOVANNI HERNANDEZ'S MOTION TO SUPPRESS** |

As stated at the November 3 evidentiary hearing, the supplemental briefing by the government is to be submitted by **MONDAY, NOVEMBER 8** at **5 P.M.** The response is due by **FRIDAY, NOVEMBER 12** at **NOON**. The parties should address whatever relevant issues they wish in their supplemental briefing, but should make sure to address the following questions:

(1) If there was no MPC 25 sign in the window of Taqueria Cancun, could the officers still have had reasonable suspicion that MPC 25 was being violated?

(2) To what extent do counsel agree that the officers must have had reasonable suspicion that Mr. Hernandez was armed and dangerous or that officer safety was at risk before conducting the pat search.

(3) Is the mere presence of a suspected member of a violent gang in gang territory sufficient for an officer to pat search the suspected gang member?

Dated: November 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE