Mark R. Vermeulen (CSBN 115381)
Law Office of Mark R. Vermeulen
755 Florida St. #4
San Francisco, CA  94110-2044
Phone:  415.824.7533
Fax:  415.824.4833

Ben Rosenfeld [CSBN 203845]
Law Office of Dennis Cunningham
115 ½ Bartlett Street
San Francisco, CA  94110
Phone: 415.285.8091
Fax: 415.285.8092

Attorneys for Defendant
GIOVANNI HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORINIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.CR-08-0730 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [Proposed] ORDER RE: EXHIBITS IN CONNECTION WITH DEFENDANT GIOVANNI HERNANDEZ'S MOTION TO SUPPRESS** |
| GIOVANNI HERNANDEZ, et al., | |
| Defendants. | |

The Government, through counsel, and Defendant Giovanni Hernandez, through counsel, stipulate and respectfully request that the Court include the below-listed documents as a part of the record in the Court's consideration of Mr. Hernandez's motion to suppress (Dkt. No. 2001), regarding which the parties recently submitted post-hearing briefing.  *See* Dkt. No. 2547 (*Govt's Post-Evidentiary Hearing Memorandum*); Dkt. No. 2582 (*Defendant Hernandez's  Post-Evidentiary Hearing Memorandum*); Dkt. No. 2584 (*Declaration of Counsel to Accompany Defendant Hernandez's  Post-Evidentiary Hearing Memorandum*).  The documents are as follows:

- Dkt. No. 2001-1 at pp. 4 of 23 through 8 of 23 (SFPD report re: 08/12/08 encounter with Hernandez & others outside Taqueria Cancun; Bates V001270-V001275)

- Dkt. No. 2001-1 at pp. 9 of 23 through 17 of 23 (Search Warrant & Affidavit & Return re: 08/20/08 search of 970 Ingerson; Bates V001262-V001269)

- Dkt. No. 2001-1 at pp. 9 of 23 through 17 of 23 (Search Warrant & Affidavit & Return re: 08/20/08 search of 970 Ingerson; Bates V001262-V001269)

- Dkt. No. 2001-1 at pp. 18 of 23 through 23 of 23 (Court records from San Francisco Superior Court Case Nos. 2380732 & 2384123 (reflecting the initial charge filed against Mr. Hernandez in Case No. 2380732 in connection with the August 12, 2008 arrest, the dismissal of that case, the refiling of the case under Case No. 2384123, and the granting of Mr. Hernandez' motion to suppress on September 23, 2008)

- Dkt. No. 2140 (*Declaration of Sergio Lopez*)

- Dkt. No. 2141 (*Declaration of Mario Molina*)

- Dkt. No. 2249 (Reporter's transcript from the 09/23/10 hearing in San Francisco Superior Court case no. 2384123, <u>People v. Giovanni Hernandez</u> (involving the motion to suppress litigated in that court, based on the  08/12/08 encounter with Hernandez & others outside Taqueria Cancun))

- Dkt. No. 2584 at pp. 5 of 17 through 17 of 17 (Supplemental SFPD Incident Report No. 080849466, prepared by Sgt. Dion McDonnell in connection with his (and other officers') execution of the search warrant at 970 Ingerson in August 2008; Bates V003285-V003296)

These documents were submitted as exhibits and declarations related to the briefing filed in connection with the motion, but they might not have been marked and entererd into evidene specifically as exhibits at the hearing itself.  Through their discussions pre-hearing, counsel intended that these documents would be a part of the record, as they are relevant to the Court's consideration of the motion to suppress, but the parties failed to file the document earlier due to a mutual oversight by the parties.

A copy of each of these documents is attached hereto for ease of reference.

/ / /

/ / /

/ / /

Therefore, in light of the above,

**IT IS HEREBY STIPULATED** that the above-noted documents, copies of which are attached hereto, may be included as a part of the record in the Court's consideration of Mr. Hernandez's motion to suppress (Dkt. No. 2001) and the related filings.

**IT IS SO STIPULATED.**

Dated:  November 15, 2010                          Melinda Haag
                                                    United States Attorney


                                                    ___/S/_____
                                                    W.S. Wilson Leung
                                                    Assistant United States Attorney


Dated:  November 15, 2010                          Mark R. Vermeulen
                                                    Ben Rosenfeld
                                                    Attorneys for Defendant Giovanni Hernandez


                                                    ___/S/_____
                                                By:  Mark R. Vermeulen


                                    **ORDER**

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that the following documents, ~~copies of which are attached hereto,~~ shall be included as a part of the record in the Court's consideration of Mr. Hernandez's motion to suppress (Dkt. No. 2001) and the related filings:

- Dkt. No. 2001-1 at pp. 4 of 23 through 8 of 23 (SFPD report re: 08/12/08 encounter with Hernandez & others outside Taqueria Cancun; Bates V001270-V001275)

- Dkt. No. 2001-1 at pp. 9 of 23 through 17 of 23 (Search Warrant & Affidavit & Return re: 08/20/08 search of 970 Ingerson; Bates V001262-V001269)

- Dkt. No. 2001-1 at pp. 9 of 23 through 17 of 23 (Search Warrant & Affidavit & Return re: 08/20/08 search of 970 Ingerson; Bates V001262-V001269)

- Dkt. No. 2001-1 at pp. 18 of 23 through 23 of 23 (Court records from San Francisco Superior Court Case Nos. 2380732 & 2384123 (reflecting the initial charge filed against Mr. Hernandez in Case No. 2380732 in connection with the August 12, 2008 arrest, the dismissal of that case, the refiling of the case under Case No. 2384123, and the granting of Mr. Hernandez' motion to suppress on September 23, 2008)

- Dkt. No. 2140 (*Declaration of Sergio Lopez*)

- Dkt. No. 2141 (*Declaration of Mario Molina*)

- Dkt. No. 2249 (Reporter's transcript from the 09/23/10 hearing in San Francisco Superior Court case no. 2384123, <u>People v. Giovanni Hernandez</u> (involving the motion to suppress litigated in that court, based on the 08/12/08 encounter with Hernandez & others outside Taqueria Cancun))

- Dkt. No. 2584 at pp. 5 of 17 through 17 of 17 (Supplemental SFPD Incident Report No. 080849466, prepared by Sgt. Dion McDonnell in connection with his (and other officers') execution of the search warrant at 970 Ingerson in August 2008; Bates V003285-V003296)

**IT IS SO ORDERED.**

Dated: November 16, 2010

_____

William H. Alsup
United States District Judge