IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GIOVANNI HERNANDEZ, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**NOTICE RE CORRECTION<br>TO DOCKET NUMBER 2877** |

A corrected version of the January 6 order granting defendant Giovanni Hernandez's suppression motion has been filed (Dkt. No. 2928). The only modification is "defendant Hernandez" on line 5, page 5 of the original order has been replaced with "Officer Lopez."

Dated: January 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE